# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN TOLE MOXLEY,

    *Petitioner*,

vs.

DWIGHT NEVEN, *et al.*,

    *Respondents*.

2:07-cv-01123-RLH-GWF

ORDER

Following upon petitioner's motion (#48) for partial dismissal in this represented habeas matter under 28 U.S.C. § 2254, which motion has not been opposed,

IT IS ORDERED that petitioner's motion (#48) is GRANTED and that Ground 7 is DISMISSED without prejudice.

IT FURTHER IS ORDERED that respondents shall file an answer to the petition on or before **August 20, 2010**. If respondents wish to present any additional procedural defenses that have not been addressed during the show cause inquiry, respondents shall include same in the answer together with a response on the merits to all claims that remain before the Court following upon this order and the prior order (#42) of partial dismissal.

IT FURTHER IS ORDERED that petitioner shall have until **September 20, 2010**, within which to file a reply to the answer.

**No extensions of time will be granted except in extraordinary circumstances, as the Court is seeking to resolve all aspects of this matter, if possible, by September 30,**

**2010.  Any extensions of time sought based upon scheduling conflicts with deadlines in other cases in this District should be sought in the earlier-filed case**.

DATED:   July 19, 2010.

_____
ROGER L. HUNT
Chief United States District Judge